**Akira AKAZAWA and Palm Crest, Inc., Plaintiffs–Appellants,**

v.

**LINK NEW TECH, INC., Defendant.**

No. 2010–1077.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2010.

R. Joseph Trojan, Trojan Law Offices, of Beverly Hills, CA, argued for plaintiffs-appellants. With him on the brief was Dylan C. Dang.

NEWMAN, PROST, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**